**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:  MARIA LEDESMA,                    Case No.12-13487 RAM

        Debtor(s) .                    Chapter 13
_____/

## DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE

Pursuant to Local Rule 9013-1 (E)(1), Debtor Maria Ledesma moves the Court to reinstate her Chapter 13 case so that she can convert to Chapter 7, and in support of the motion states:

1. Debtor seeks to reinstate her Chapter 13 case so that she can convert to Chapter 7.

Dated September 2, 2016

                                          Respectfully submitted,
                                          LEGAL SERVICES OF GREATER
                                          MIAMI, INC.

                                          By        /s/
                                          Carolina A. Lombardi
                                          Florida Bar No.  241970
                                          Attorney for Debtor
                                          3000 Biscayne Boulevard, Suite 500
                                          Miami, FL 33137
                                          Telephone: 305-438-2427
                                          Facsimile: 305-573-5800
                                          Email:  CLombardi@legalservicesmiami.org
                                          Alt.: PBerrios@legalservicesmiami.org