UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   MARIA LEDESMA                               Case No. 12-13487-RAM

　　　　　　　　　Debtor(s).                         Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 16, 2017, a true and correct copy of

Debtor's Motion for Determination of Final Cure and Payment of All Postpetition

Payments (DE 65); and Notice of Hearing on Motion to Deem Mortgage (DE 66) was

transmitted electronically to:

Donald G Kelly on behalf of Creditor TBOM Mortgage Holding, LLC
gkelly@berklawfirm.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**By US First class mail on January 17, 2017 to**:

Discover Bank,DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Department Stores National Bank/Macys
Bankruptcy Processing
Po Box 8053
Mason, OH 45040

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

**Case No.: 12-13487-RAM**
**Page -2-**
                                             /

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

American InfoSource LP as agent for
InSolve Recovery, LLC
PO Box 269093
Oklahoma City, OK 73126-9093

Asset Acceptance LLC
Po Box 2036
Warren MI 48090

LVNV Funding, LLC its successors and assigns as
assignee of Citibank
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LVNV Funding, LLC its successors and assigns as
assignee of North Star Capital
Acquisition LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Valley National Bank
1720 Route 23 North
Wayne, N.J. 07470

TBOM Mortgage Holding, LLC
c/o Armando Gonzalez
1700 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401

**Case No.: 12-13487-RAM**
**Page -3-**
_____/

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    Respectfully submitted,
    LEGAL SERVICES OF GREATER
    MIAMI, INC.

By _____/s/_____
    Carolina A. Lombardi
    Florida Bar No. 241970
    Attorney for Debtor
    3000 Biscayne Boulevard
    Suite 500
    Miami, FL 33137
    Telephone & Facsimile: (305) 438-2427
    Primary Email: CLombardi@legalservicesmiami.org
    Alt Email: PBerrios@legalservicesmiami.org